UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD WILLIAMS,

                Plaintiff,

-against-

CITY OF NEW YORK,

                Defendant.

1:23-CV-3250 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated July 5, 2023, the Court granted Plaintiff 60 days' leave to file either an amended petition for a writ of *habeas corpus* under 28 U.S.C. § 2254 or an amended civil complaint asserting claims under 42 U.S.C. § 1983. On August 18, 2023, the Court received a letter from Plaintiff in which he requests an extension of time to comply with the Court's July 5, 2023 order. (ECF 10.) The Court grants Plaintiff's request. The Court grants Plaintiff an additional 30 days after the date of the expiration of the 60-day period mentioned in the Court's July 5, 2023 order, or until October 3, 2023, to comply with that order. If Plaintiff fails to comply with the July 5, 2023 order within the extended time allowed, the Court will dismiss this action without prejudice, as specified in that order.

      Because this action makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

SO ORDERED.

Dated:   August 21, 2023
           New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                  Chief United States District Judge